**Order entered December 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00716-CR**

**JOHN PAUL CRUMLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82474-2022**

**ORDER**

Before the Court is appellant's December 12, 2022 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **January 11, 2023**. If appellant fails to file his brief by January 11, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    DENNISE GARCIA
       JUSTICE